NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA QUEUE, LLC,**
*Plaintiff-Appellant,*

v.

**NETFLIX, INC.,**
*Defendant-Cross Appellant,*

AND

**BLOCKBUSTER, INC.,**
*Defendant-Appellee,*

AND

**GREENCINE HOLDINGS, LLC,**
*Defendant.*

---

2010-1199, -1344

---

Appeals from the United States District Court for the Northern District of California in case no. 09-CV-1027, Judge Susan Illston.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Media Queue, LLC's motion for leave to file a corrected reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

| SEP 2 1 2010 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |

cc: John Joseph Edmonds, Esq.
Scott W. Breedlove, Esq.
Michael A. Jacobs, Esq.
John D. Vandenberg, Esq.
Peter J. Brann, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 1 2010

JAN HORBALY
CLERK